HERBERT B. SANSON, Respondent, v. SILVER CREEK NATIONAL BANK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

TERIJON WEITLING, Appellant, v. JOHN S. SORENSON, as Surviving Partner of the Firm of CROSSMAN & SIELCKEN in Liquidation, Defendant, Impleaded with IRVING TRUST COMPANY, as Executor, etc., of HERMAN SIELCKEN, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

GOOD AMUSEMENT CORPORATION, Appellant, v. JAMES CRUZE, INC., Defendant, Impleaded with SONO-ART PRODUCTIONS, INC., and W. & F. FILM SERVICE, LTD., an English Corporation, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

MANHATTAN FINANCIAL CORPORATION, Respondent, v. HARRY GOODSTEIN, as Receiver, etc., and Others, Defendants, Impleaded with IRVING TRUST COMPANY, as Ancillary Receiver in Equity of the ACME GLASS COMPANY, etc., Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

DUFFY-MOTT COMPANY, INC., Appellant, v. CHARLES F. HOLLWEDEL and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to defendants to answer within twenty days from service of order upon payment of said costs, upon the ground that the complaint sets forth but one cause of action. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of the Application of ALFRED H. NEWBURGER and Others, Appellants, against ABRAHAM P. LUBELL and Another, Respondents, for an Order Requiring Arbitration Pursuant to a Written Agreement, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

ROBERT READ and Others, Respondents, v. THE RECTOR, CHURCH WARDENS AND VESTRYMEN OF TRINITY CHURCH IN THE CITY OF NEW YORK, Appellant, Impleaded with Others, Defendants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

FLORENCE JANE FOREMAN, Respondent, v. WINFIELD A. FOREMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

ETHEL R. RYSKIND, Respondent, v. MORRIE RYSKIND, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.